588

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEON H. THOMPSON, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Application, in all respects, denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

MARION O. LAWSON, as Administratrix of the Estate of RALPH LAWSON, Deceased, Respondent, v. AMERICAN MOTORS, INCORPORATED, Appellant.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

FIRST NATIONAL BANK OF GLENS FALLS, Respondent, v. LAURETTE E. MYERS, Appellant.— Motion for reargument or in the alternative for permission to appeal to the Court of Appeals denied, without costs. Stay continued pending timely application to the Court of Appeals. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.